IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW CHARLES SHERMAN,

    Plaintiff,

v.

HONORABLE JUDGE RICHARD A. RADCLIFFE,
DISTRICT ATTORNEY KEVIN CRONINGER and
ATTORNEY RACHEL PISORS,

    Defendants.

ORDER

Case No. 24-cv-400-wmc

    Plaintiff Andrew Charles Sherman, an inmate in the custody of the Monroe County Jail, has submitted a proposed civil action under 42 U.S.C. § 1983. Plaintiff has filed a certified copy of a trust fund account statement and a motion for leave to proceed without prepaying the filing fee. After considering the motion and supporting documentation, I conclude that plaintiff qualifies for indigent status.

    Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the filing fee pursuant to 28 U.S.C. § 1915(b)(1). Using information from the plaintiff's trust fund account statement for the six-month period preceding the complaint, I have calculated the initial partial payment to be $1.50. For this case to proceed, plaintiff must submit this amount on or before July 12, 2024.

ORDER

    IT IS ORDERED that:

    1.    Plaintiff Andrew Charles Sherman is assessed an initial partial payment of $1.50. Plaintiff must submit a check or money order payable to the clerk of court by July 12, 2024 or advise the court in writing why plaintiff is not able to make the initial partial payment.

2. If plaintiff fails to make the initial partial payment by July 12, 2024, or fails to show cause why the payment could not be made, then I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

3. No further action will be taken in this case until the clerk's office receives the initial partial payment as directed above and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, the court will issue a separate order.

Entered this 14th day of June, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge